UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY UNDER RULE 9(h)



| | |
|---|---|
| LANCE GREENBERG, and<br>JAMES/LANCE, INC., a<br>Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>The M/Y PRIORITY,<br>Official Number 906736,<br>her boats, engines, tackle,<br>apparel, furniture and<br>appurtenances, <u>in rem</u>,<br><br>    Defendants. | IN ADMIRALTY<br><br>CASE NO: **00-6133**<br><br>MAGISTRATE JUDGE: **CIV-LENARD**<br><br>**MAGISTRATE TURNOFF** |

### AFFIDAVIT FOR EMERGENCY CONSIDERATION

I, Lance R. Greenberg, having first been duly sworn, do depose and state the following:

1. In addition to being a Plaintiff in my individual capacity, I am the duly authorized representative of co-Plaintiff James/Lance, Inc., in the above action and all facts to which I attest in this affidavit are personally known to be to be true and correct.

2. The PRIORITY is my permanent residence, and I conduct my business from aboard the vessel also. My clothes, my personal effects and my business papers are aboard the vessel and, for reasons stated below, I fear that I will be permanently, or at the



very least, temporarily deprived of all of them, limiting my ability to continue to make a living and leaving me no choice but to make other living and working arrangements, at significant expense.

3. In addition to all of my clothing and irreplaceable personal and business items, there are items of extreme value aboard the vessel, including but not limited to diamonds, Rolex watches and other jewelry valued in excess of $80,000, as well as voluminous records belonging to other parties, but in my care, custody and control, and essential for litigation currently pending in Colorado and set to go to trial March 2, 2000.

4. It is my belief that some of the items noted above are being sold, or have been sold already, by the present custodian of the boat under the mistaken belief that the mortgagee is entitled to do so under the terms of the Note and Mortgage in this matter and that if the vessel is not arrested, along with all tackle, apparel, furniture and appurtenances, those items will be wrongfully and/or mistakenly sold and I will be unable to recover them, some of which are unique and irreplaceable. Upon learning that J.R.N. Holdings, Inc. had taken my vessel, I called the police but they deemed this a "civil matter" and would not help me.

5. My further belief is that if my own attorneys contact the attorney for the mortgagee, my efforts to obtain property which is rightfully mine and not subject to any foreclosure action will be forever lost. My belief is based in part upon the

misrepresentations made to me by counsel for the mortgagee that no action would be taken against the vessel, given that all payments due under the Mortgage and Note have been fully paid.

6. The complaint filed in this matter is hereby incorporated by reference as if fully set forth herein.

FURTHER, AFFIANT SAYETH NAUGHT.

By: _____
Lance R. Greenberg, individually and on behalf of James/Lance, Inc.

**STATE OF FLORIDA**     }
                         }
**COUNTY OF BROWARD**    }

Sworn to and subscribed before me on this 28th day of January, 2000, by LANCE R. GREENBERG, who is personally known to me (___); or who produced California Driver's Lic. as identification.

_____
Notary Public, State of Florida

SEAL:

KURT E. BOSSHARDT
MY COMMISSION # CC 681744
EXPIRES: July 8, 2001
Bonded Thru Notary Public Underwriters

3