FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JAN 28 AM 11: 43

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

IN ADMIRALTY UNDER RULE 9(h)

| | |
|---|---|
| LANCE GREENBERG, and<br>JAMES/LANCE, INC., a<br>Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>The M/Y PRIORITY,<br>Official Number 906736,<br>her boats, engines, tackle,<br>apparel, furniture and<br>appurtenances, <u>in rem</u>,<br><br>    Defendants. | IN ADMIRALTY<br><br>CASE NO: **00-6133 CIV-LENARD**<br><br>MAGISTRATE JUDGE: **MAGISTRATE TURNOFF** |

## NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the arrest of PRIORITY (the "Vessel"), a 66', 1986 Midnight Lace Motoryacht, Official Number 906736, her engines, tackle, appurtenances, etc., in accordance with a Warrant of Arrest issued on January 28, 2000.

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days

after process has been effected, and shall file an answer within twenty (20) days from the date of filing their claim.

DATED this 27th day of January, 2000.

                          BOSSHARDT & EDWARDS, P.A.
                          Attorneys for Plaintiffs
                          1600 SE 17th St. Causeway
                          Suite 405
                          Fort Lauderdale, FL 33316
                          Tel: (954) 764-7772
                          Fax: (954) 764-8176

By: _____
                          Reginald P. Morris, Jr.
                          Fla. Bar No. 0133299