FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JAN 28 AM 11:44

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

IN ADMIRALTY UNDER RULE 9(h)

| | |
|---|---|
| LANCE GREENBERG, and<br>JAMES/LANCE, INC., a<br>Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>The M/Y PRIORITY,<br>Official Number 906736,<br>her boats, engines, tackle,<br>apparel, furniture and<br>appurtenances, <u>in rem</u>,<br><br>       Defendants. | IN ADMIRALTY<br>CASE NO: 00-6133 CIV-LENARD<br><br>MAGISTRATE JUDGE: MAGISTRATE TURNOFF<br><br>**MOTION FOR APPOINTMENT OF<br>SUBSTITUTE CUSTODIAN** |

Pursuant to Local Admiralty Rule E(10)(c), Plaintiff LANCE/JAMES, INC., by and through the undersigned attorney, represent the following:

1. On January 28, 2000, Plaintiffs initiated the above-styled action against the motoryacht PRIORITY, her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances.

1

2. The Clerk of the District Court issued a Warrant of Arrest against the PRIORITY, directing the U.S. Marshal to take custody of the vessel, and to retain custody of the vessel pending further order of this Court.

3. Subsequent to the issuance of the Warrant of Arrest, the Marshal will take steps to immediately seize the vessel.

4. The Vessel is currently berthed at 1271 SE 2nd Court, Fort Lauderdale, FL 33301 and subject to the approval of the Court, the proposed substitute custodian, G. Robert Toney & Associates, Inc. d/b/a National Liquidators, is prepared to provide security, wharfage, and routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the Marshal. The proposed substitute custodian has also agreed to continue to provide these services pending further Order of this Court.

5. The proposed substitute custodian has adequate facilities for the care, maintenance and security of the vessel.

6. Concurrent with the Court's approval of the Motion for Appointment of Substitute Custodian, Plaintiff and the Substitute Custodian will file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(2).

WHEREFORE, in accordance with the representations set forth above and subject to the filing of the indemnification agreement noted in paragraph 6 above, Plaintiff requests this Court to enter

an Order appointing G. Robert Toney & Associates, Inc. d/b/a National Liquidators, as the Substitute Custodian for the PRIORITY.

DATED at Fort Lauderdale, Broward County, Florida, this 28th day of January, 2000.

                BOSSHARDT & EDWARDS, P.A.
                Attorneys for Plaintiffs
                1600 SE 17th St. Causeway
                Suite 405
                Fort Lauderdale, FL 33316
                Tel: (954) 764-7772
                Fax: (954) 764-8176

By: _____
     Reginald P. Morris, Jr.
     Fla. Bar No. 0133299