UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY UNDER RULE 9(h)

| | |
|---|---|
| LANCE GREENBERG, and<br>JAMES/LANCE, INC., a<br>Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>The M/Y PRIORITY,<br>Official Number 906736,<br>her boats, engines, tackle,<br>apparel, furniture and<br>appurtenances, <u>in rem</u>,<br><br>    Defendants. | IN ADMIRALTY<br>CASE NO: 00-6133-CIV-LENARD<br><br>MAGISTRATE JUDGE: MAGISTRATE TURNOFF<br><br><u>CONSENT AND INDEMNIFICATION<br>AGREEMENT FOR THE APPOINTMENT<br>OF A SUBSTITUTE CUSTODIAN</u> |

    Plaintiff LANCE/JAMES, INC., by and through undersigned counsel, and G. Robert Toney & Associates, Inc. d/b/a National Liquidators, the proposed Substitute Custodian, hereby expressly release the U.S. Marshal for this district, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of PRIORITY, while in the hands of National Liquidators.

    Plaintiffs and National Liquidators also expressly agree to hold the U.S. Marshal for this district, and the U.S. Marshals Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 27th day of January, 2000, at Fort Lauderdale, Broward County, Florida.

> BOSSHARDT & EDWARDS, P.A.
> Attorneys for Plaintiffs
> 1600 SE 17th St. Causeway
> Suite 405
> Fort Lauderdale, FL 33316
> Tel: (954) 764-7772
> Fax: (954) 764-8176
>
> By: _____
> Reginald P. Morris, Jr.
> Fla. Bar No. 0133299

SIGNED this 27th day of January, 2000, at Fort Lauderdale, Broward County, Florida.

> G. Robert Toney & Associates, Inc.
> d/b/a National Liquidators
> 2175 State Road 84
> Fort Lauderdale, FL 33312
> (954) 791-9601
>
> By: _____
> Jane S. Toney
> Vice President