UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF

LANCE GREENBERG, and
JAMES/LANCE, INC., a
Delaware Corporation,

      Plaintiffs,

vs.

The M/Y PRIORITY, Official
Number 906736, her boats,
engines, tackles, apparel, furniture
and appurtenances, in rem,

      Defendant.
_____/



FILED by XG D.C.
JAN 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

**THIS CAUSE** is before the Court sua sponte. Pursuant to Federal Rule of Civil Procedure 12(h)(3), whenever it appears by suggestion of the parties or otherwise that the Court lacks jurisdiction over the subject matter of the action, the Court shall dismiss the action. See Fed. R. Civ. Pro. 12(h)(3).

This action arises out of the sale of the vessel M/Y PRIORITY and the subsequent execution of a promissory note and mortgage. Plaintiffs commenced this action to seize, arrest and determine right to possession of the vessel M/Y PRIORITY pursuant to Rule D of the Supplemental Rules of the Federal Rules of Civil Procedure alleging that this action is within the admiralty and maritime jurisdiction of this Court pursuant to Federal Rule of Civil Procedure 9(h) and 28 U.S.C. § 1333.

This Court's admiralty jurisdiction exists only with respect to "maritime contracts." Cary Marine, Inc. v. Motorvessel Papillon, 872 F.2d 751, 754 (6th Cir. 1989). An ordinary mortgage of a vessel, however, is not a "maritime contract" and a court of admiralty lacks jurisdiction to

adjudicate an action seeking foreclosure or declaration of title or right of possession under the mortgage. See The J.E. Rumbell, 148 U.S. 1, 15, 13 S. Ct. 498, 501 (1893); Bogart v. The John Jay, 58 U.S. (17 How.) 399, 15 L. Ed. 95 (1854); Lewco Corp. v. One 1984 23' Chris Craft Motor Vessel, 889 F. Supp. 1114, 1118 (D. Minn. 1995). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction on or before February 3, 2000. The Court reserves decision on Plaintiffs' Motions for an Order Directing Issuance of Warrant of Arrest and for an Order Appointing Substitute Custodian.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31 day of January, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:
U.S. District Judge Wilkie D. Ferguson, Jr.

U.S. Magistrate Judge William C. Turnoff

Robert B. Edwards, Esq.
Bosshardt & Edwards, P.A.
1600 S.E. 17th Street Causeway, Suite 405
Fort Lauderdale, Florida 33301