UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

**LANCE GREENBERG, and JAMES/ LANCE, INC.**, a Delaware Corporation,

    Plaintiffs,

vs.

**The M/Y PRIORITY**, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem,

    Defendant.
_____/



**J.R.N. HOLDINGS, INC.**,

    Plaintiff,

vs.

**M/V PRIORITY**, her engines, tackles, apparel, appurtenances, etc., having Official No. 906736, in rem; **LANCE/JAMES, INC.**; and **LANCE R. GREENBERG and JAMES D. GALUSHA**, in personam,

    Defendants.
_____/

## ORDER DIRECTING PARTIES TO PROVIDE LIST OF SUBSTITUTE CUSTODIANS

    **THIS CAUSE** is before the Court on the Motion of Lance Greenberg and Lance/James, Inc. for Appointment of Substitute Custodian, filed January 28, 2000 and the



Motion of J.R.N. Holdings, Inc. for Appointment of Substitute Custodian for M/V PRIORITY, filed January 28, 2000. Upon review of the Motions, it is hereby

**ORDERED AND ADJUDGED** that the each party is directed to file with the Court a list of three (3) potential substitute custodians on or before February 4, 2000.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2 day of February, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff

Adam H. Smith, Esq.
855 South Federal Hwy., Suite 212
Boca Raton, Florida 33432

Robert R. Edwards, Esq.
Bosshardt & Edwards, P.A.
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, Florida 33301