UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### REPLY BY LANCE GREENBERG AND JAMES/LANCE, INC. TO THIS COURT'S ORDER DIRECTING PARTIES TO PROVIDE LIST OF SUBSTITUTE CUSTODIANS

LANCE GREENBERG and JAMES/LANCE, INC., by and through undersigned counsel and

in response to this Court's Order Directing Parties to Provide List of Substitute Custodians, hereby

1

submits the following list:

1. National Liquidators
   Jackson Marine Center
   1915 SW 21st Ave.
   Fort Lauderdale, FL 33312
   Contact: Robert R. Toney
   Tel: (954) 791-9601
   (National Liquidators is an approved U.S. Department of Justice contractor for vessels, which seizes, transports, stores, sells and maintains all vessels seized by the U.S. Marshals Service, DEA, FBI and Immigration and Naturalization).

2. Jackson Marine Center
   1915 SW 21st Ave.
   Fort Lauderdale, FL 33312
   Contact: Bill Jackson, Jr.
   Tel: (954) 792-4900 / X103

3. Bradford Marine
   3051 State Rd. 84
   Fort Lauderdale, FL 33312
   Contact: Paul Engle
   Tel: (954) 791-3800

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served this 3rd day of February, by U.S. Mail, upon Adam H. Smith, Esq., Attorney for J.R.N. Holdings, Inc., 855 South Federal Hwy., Suite 212, Boca Raton, FL 33432.

> BOSSHARDT & EDWARDS, P.A.
> Attorneys for Lance Greenberg and
> James/Lance, Inc.
> 1600 SE 17th St. Causeway, Suite 405
> Fort Lauderdale, FL 33316
> Tel: (954) 764-7772
> Fax: (954) 764-8176
>
> By: _____
> Robert R. Edwards
> Fla. Bar No. 770851

2