UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

LANCE GREENBERG, and JAMES/
LANCE, INC., a Delaware Corporation,

    Plaintiffs,

vs.

The M/Y PRIORITY, Official Number
906736, her boats, engines, tackles, apparel,
furniture and appurtenances, in rem,

    Defendant.
_____/



FILED by AG   D.C.

FEB 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official No. 906736, in rem; LANCE/JAMES,
INC.; and LANCE R. GREENBERG and
JAMES D. GALUSHA, in personam,

    Defendants.
_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

    **THIS CAUSE** is before the Court on the Motion of Lance Greenberg and Lance/James, Inc.

for Appointment of Substitute Custodian, filed January 28, 2000 and the Motion of J.R.N. Holdings,



Inc., for Appointment of Substitute Custodian for M/V PRIORITY, filed January 28, 2000. The Court having reviewed the Motions and otherwise been advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion of Lance Greenberg and Lance/James, Inc. for Appointment of Substitute Custodian, filed January 28, 2000 is **GRANTED** and the Motion of J.R.N. Holdings, Inc. for Appointment of Substitute Custodian for M/V Priority, filed January 28, 2000 is **DENIED**.

**IT IS FURTHER ORDERED** that the United States Marshal for the Southern District of Florida, be and the same is hereby authorized and directed, upon his seizure of said vessel, PRIORITY, a 66' 1986 Midnight Lace Motoryacht, Official Number 906736, together with her engines, tackle, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, pursuant to said Warrant for Arrest, to surrender the possession thereof to the custody of the Substitute Custodian, National Liquidators, Jackson Marine Center, 1915 SW 21st Avenue, Fort Lauderdale, Florida 33312, Attn: Robert R. Toney, Telephone No. (954) 791-9601, by and through its authorized representatives, immediately following its arrest.

**IT IS FURTHER ORDERED** that upon the transfer of said vessel to the Substitute Custodian, the aforesaid Substitute Custodian of the Defendant vessel is hereby appointed to act as Substitute Custodian of the Defendant vessel during custodia legis on behalf of this Court, in place and instead of the United States Marshal, until further Order of this Court.

**IT IS FURTHER ORDERED** that upon transfer of custody of the Defendant vessel to the Substitute Custodian by the United States Marshal, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and shall not be liable for any loss occurring while it remains in the custody of the Substitute Custodian.

**IT IS FURTHER ORDERED** that all reasonable expenditures of the United States Marshal

for the safekeeping of Defendant vessel shall be deemed administrative expenses in this action and a first charge on the vessel herein, to be paid to the United States Marshal prior to the release of the Defendant vessel or distribution of the proceeds of its sale, and all further constructive costs shall be borne by Lance Greenberg and James/Lance, Inc.

**IT IS FURTHER ORDERED** that all reasonable expenditures which may be incurred by the United States of America and the Substitute Custodian, or by any party advancing funds to the Substitute Custodian, in safekeeping and maintaining the Defendant vessel while she is in custodia legis, shall be deemed administrative expenses in this action and a first charge on the Defendant vessel herein, to be paid prior to the release of the vessel or the distribution of the proceeds of her sale.

**IT IS FURTHER ORDERED** that during custodia legis the Substitute Custodian shall not permit repairs or changes to be made to the Defendant vessel, except for routine maintenance required for the vessel's safekeeping, or in emergency situations, without an Order of this Court.

**IT IS FURTHER ORDERED** that Lance Greenberg and James/Lance, Inc. and the Substitute Custodian, in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the vessel, her engines, tackle, appurtenances, furnishings, etc.

**IT IS FURTHER ORDERED** that Lance Greenberg and James/Lance, Inc. and the Substitute Custodian shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be

responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody.

**IT IS FURTHER ORDERED** that all United States Marshal's costs shall be paid prior to release of the Defendant vessel.

**IT IS FURTHER ORDERED** that the Substitute Custodian must execute and deliver a receipt for the Defendant vessel and the United States Marshal must attest to the date and time of the release on a certified copy thereof.

**IT IS FURTHER ORDERED** that counsel for Lance Greenberg and James/Lance, Inc. shall serve the owner of the Defendant vessel, the PRIORITY, Official Number 906736, together with her engines, tackle, appurtenances, etc., with a copy of this Order within ten (10) days from the date of this Order.

**ORDERED AND ADJUDGED** in Chambers at Miami, Florida, this ___7___ day of February, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge William C. Turnoff

U.S. Marshal (3 certified copies)
Reginald P. Morris, Esq. (certified copy)
Bosshardt & Edwards, P.A.
1600 SE 17th Street Causeway, Suite 405
Fort Lauderdale, Florida 33316

Adam H. Smith, Esq. (certified copy)
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432