UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

LANCE GREENBERG, and JAMES/
LANCE, INC., a Delaware Corporation,

    Plaintiffs,

vs.

The M/Y PRIORITY, Official Number
906736, her boats, engines, tackles, apparel,
furniture and appurtenances, in rem,

    Defendant.
_____/



FILED by SG   D.C.

FEB 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official No. 906736, in rem; LANCE/JAMES,
INC.; and LANCE R. GREENBERG and
JAMES D. GALUSHA, in personam,

    Defendants.
_____/

## WARRANT FOR ARREST IN REM

TO:   THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT

       FOR THE SOUTHERN DISTRICT OF FLORIDA

WHEREAS, on the 28th day of January, 2000, Lance Greenberg and James/Lance, Inc., filed a Complaint to Seize and Arrest Vessel and Determine Right to Possession against The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, and on the 28th day of January, 2000, J.R.N. HOLDINGS, INC., filed a Complaint to Foreclose a First Preferred Ship's Mortgage against the vessel M/V PRIORITY, her engines, tackle, appurtenances, etc., in rem, and against Lance/James, Inc., Lance R. Greenberg and James D. Galusha, in personam.

NOW, THEREFORE, in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are hereby directed to arrest the above named vessel PRIORITY, Official Number 906736, her boats, engines, tackle, apparel, appurtenances, etc., and to detain the same in your custody until further Order of this Court;

YOU ARE HEREBY commanded forthwith to give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

**ORDERED AND ADJUDGED** in Chambers at Miami, Florida, this ___7___ day of February, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge William C. Turnoff

U.S. Marshal (3 certified copies)
Reginald P. Morris, Esq. (certified copy)
Bosshardt & Edwards, P.A.
1600 SE 17th Street Causeway, Suite 405
Fort Lauderdale, Florida 33316

Adam H. Smith, Esq. (certified copy)
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432