# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. ~~00-6133~~-CIV-LENARD/TURNOFF
~~00-6133~~IN ADMIRALTY    $00-6133$

| | |
|---|---|
| LANCE GREENBERG, and JAMES/<br>LANCE, INC., a Delaware Corporation,<br><br>      Plaintiffs,<br><br>-vs-<br><br>THE M/Y PRIORITY, Official Number<br>906736, her boats, engines, tackles, apparel,<br>furniture and appurtenances, in rem<br><br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____/

| | |
|---|---|
| J. R. N. HOLDINGS, INC.<br><br>      Plaintiff,<br><br>-vs-<br><br>M/V PRIORITY, her engines, tackle, apparel,<br>appurtenances, etc., having Official No. 906736,<br>in rem: and LANCE/JAMES, INC., AND LANCE<br>R. GREENBERG AND JAMES D. GALUSHA,<br>in personam.<br><br>      Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____/

## NOTICE OF APPEARANCE

    **YOU ARE NOTIFIED** that the undersigned attorney, ADAM H. SMITH, of the Law

Offices of Adam H. Smith, P.A., makes his appearance on behalf of the Plaintiff, J.R.N.

HOLDINGS, INC., and copies of all pleadings, motions and other papers should be served on the

undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 9th day of February, 2000, by U.S. Mail, upon Robert R. Edwards, Esq., Attorney for Lance Greenberg and James/Lance, Inc., 1600 SE 17th Street Causeway, Suite 405, Fort Lauderdale, Florida 33316.

By: Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
Attorney for Plaintiff,
J.R.N. Holdings, Inc.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022
(Fax) 561-395-5922