| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Lance Greenberg, et al. | COURT CASE NUMBER<br>006133 CIV-LENARD |
|---|---|
| DEFENDANT<br>M/Y "Priority" | TYPE OF PROCESS<br>Vessel Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
"Priority" 1986 66' Midnight Lace M/Y Off. # 906736

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
believed to be 1271 SE 2nd Ct. Ft. Laud. FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Reggie Morris / Busshardt + Edwards, PA
1600 SE 17th St Causeway, Ste 405
Ft. Laud., FL 33316

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Before effecting service, call Reggie Morris re on address of vessel: (h)(954) 229-9540 (w)(954) 830-9135; (w)(954) 764-7772

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (954) 764-7772
DATE: 1/28/00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk _em_ | Date 1-28-00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
548 Victoria Terr.
Ft Laud FL

Date of Service: 2/10/00   Time: 2:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee 100.00 | Total Mileage Charges (including endeavors) 2.40 | Forwarding Fee | Total Charges 102.40 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Arrested vessel "Priority" at the address listed above. Inventoried same and turned over to 3rd party custodian "National Liquidators".

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

#16
HA