UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

FILED BY _____ D.C.

00 FEB 24 AM 8:51

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

IN ADMIRALTY

LANCE GREENBERG, and JAMES/ )
LANCE, INC., a Delaware corporation, )
                                        )
      Plaintiffs, )
                                        )
vs. )
                                        )
The M/Y PRIORITY, Official Number )
906736, her boats, engines, tackles, apparel, )
furniture and appurtenances, in rem, )
                                        )
     Defendant. )
_____)

J.R.N. HOLDINGS, INC., )
                                        )
     Plaintiff, )
                                        )
vs. )
                                        )
M/V PRIORITY, her engines, tackles, )
apparel, appurtenances, etc., having )
Official Number 906736, in rem; LANCE/ )
JAMES, INC., and LANCE R. GREENBERG )
and JAMES D. GALUSHA, in personam. )
                                        )
     Defendants. )
_____)

## VERIFIED CLAIM OF OWNER

LANCE GREENBERG, owner of the vessel PRIORITY together with JAMES/LANCE,

INC., and pursuant to Supplemental Rule C(6) and Local Admiralty Rule C(6)(a), by and through

1



his undersigned attorney who is duly authorized to make this claim, hereby makes claim to the M/V PRIORITY, her engines, tackles, apparel, furniture, equipment and all other necessaries appertaining and belonging, as same is the subject of an action in rem, which cause is now pending before this Court in the consolidated action bearing case number 00-6133-CIV-LENARD/TURNOFF and represents that he was at the time of the filing of the complaint herein, and still is, the owner of the vessel PRIORITY, together with JAMES/LANCE, INC., and is entitled to possession of the vessel and to defend this action.

WHEREFORE, Lance Greenberg, individually and on behalf of Lance/James, Inc., prays to defend accordingly.

DATED this 15th day of February, 2000.

By: _____
Robert R. Edwards, Esq., for Lance Greenberg, individually and on behalf of James/Lance, Inc.

**STATE OF FLORIDA** }
}
**COUNTY OF BROWARD** }

Sworn to and subscribed before me on February 15, 2000, by Robert R. Edwards, who is personally known to me.

_____
Notary Public, State of Florida

SEAL:



Linda S. Parzygnat
MY COMMISSION # CC685649 EXPIRES
November 28, 2001
BONDED THRU TROY FAIN INSURANCE, INC.

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, this 15th day of February, 2000, upon Adam H. Smith, Esq., Adam H. Smith, P.A., Attorneys for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, FL 33432.

                                        BOSSHARDT & EDWARDS, P.A.
                                        Attorneys for Lance Greenberg and
                                        James/Lance, Inc.
                                        1600 SE 17th St. Causeway, Suite 405
                                        Fort Lauderdale, FL 33316
                                        Tel:   (954) 764-7772
                                        Fax:  (954) 764-8176

By: _____
       Robert R. Edwards
       Fla. Bar No. 770851