UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

LANCE GREENBERG, and JAMES/ )
LANCE, INC., a Delaware corporation, )
　　　　　　　　　　　　　　　　　　　　 )
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　 )
vs. )
　　　　　　　　　　　　　　　　　　　　 )
The M/Y PRIORITY, Official Number )
906736, her boats, engines, tackles, apparel, )
furniture and appurtenances, in rem, )
　　　　　　　　　　　　　　　　　　　　 )
　　　Defendant. )
_____)

J.R.N. HOLDINGS, INC., )
　　　　　　　　　　　　　　　　　　　　 )
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　 )
vs. )
　　　　　　　　　　　　　　　　　　　　 )
M/V PRIORITY, her engines, tackles, )
apparel, appurtenances, etc., having )
Official Number 906736, in rem; LANCE/ )
JAMES, INC., and LANCE R. GREENBERG )
and JAMES D. GALUSHA, in personam. )
　　　　　　　　　　　　　　　　　　　　 )
　　　Defendants. )
_____)

**NOTICE OF FILING**
**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

　　　Lance R. Greenberg, individually and on behalf of Lance/James, Inc., by and through undersigned counsel and pursuant to this Court's February 14, 2000 Order, hereby notifies the Court

1

and all parties to this action of its having filed this day this Certificate of Interested Parties and Corporate Disclosure Statement and hereby certifies, through undersigned counsel and on information and belief, that the following is a true and correct list of parties which do or may have an interest in the outcome of this action and of identifiable legal entities related to the parties:

| | |
|---|---|
| Lance/James, Inc.<br>30 Old Rudnick Lane<br>Dover, DE 19901 | J.R.N. Holdings, Inc.<br>1112 E. Las Olas Blvd.<br>Fort Lauderdale, FL 33301 |
| Lance R. Greenberg<br>(formerly secretary for Lance/James, Inc.)<br>c/o 951 N. La Jolla<br>Los Angeles, CA 90046 | Thomas M. Field, Jr.<br>(Director, J.R.N. Holdings, Inc.)<br>7768 Biltmore Blvd.<br>Miramar, Florida |
| James D. Galusha<br>(formerly President of Lance/James, Inc.)<br>Address Unknown | Jonathan R. Naylor<br>(Vice President, J.R.N. Holdings, Inc.)<br>548 Victoria Terrace<br>Fort Lauderdale, Florida |

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, this 28th day of February, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432.

BOSSHARDT & EDWARDS, P.A.
Attorneys for Lance R. Greenberg and
Lance/James, Inc.
1600 S.E. 17th St. Causeway, Suite 405
Fort Lauderdale, FL 33316
Tel:   (954) 764-7772
Fax:   (954) 764-8176

By: _____
Reginald P. Morris, Jr.
Fla. Bar No. 0133299