UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6133-CIV-LENARD/TURNOFF

LANCE GREENBERG, JAMES/LANCE,
INC., a Delaware corporation,

    Plaintiff(s),

vs.

M/Y PRIORITY, Official Number 906736,
her boats engines, tackle, apparel, furniture
and appurtenances, in rem,

    Defendant(s).
_____/

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official Number 906736 in rem, LANCE/
JAMES, INC., and LANCE R. GREENBERG
and JAMES D. GALUSHA, in personam,

    Defendants.
_____/



FILED by _____ D.C.

MAR 0 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court sua sponte. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    On February 29, 2000, the Court issued an Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint

Case No. 00-6133-CIV-LENARD/TURNOFF

Scheduling Report (D.E. #14).

2. To date, the J. R. N. Holdings, Inc. has not submitted a Certificate of Interested Parties and Corporate Disclosure Statement.

3. To date, the parties have not submitted a Joint Scheduling Report.

4. **Failure to submit notice of good cause for noncompliance on or before March 17, 2000 will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 7 day of March, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Reginald P. Morris, Jr.
Bosshardt & Edwards
1600 SE 17th Street Causeway #405
Ft. Lauderdale, FL 33316

Adam H. Smith, Esq.
855 S. Federal Highway, Suite 212
Boca Raton, FL 33432