**ORIGINAL**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

LANCE GREENBERG, and JAMES/ )
LANCE, INC., a Delaware Corporation, )
)
    Plaintiffs, )
-vs- )
)
THE M/Y PRIORITY, Official Number )
906736, her boats, engines, tackles, apparel, )
furniture and appurtenances, in rem )
)
)
    Defendant. )
_____/

J. R. N. HOLDINGS, INC. )
)
    Plaintiff, )
)
-vs- )
)
M/V PRIORITY, her engines, tackle, apparel, )
appurtenances, etc., having Official No. 906736, )
in rem; and LANCE/JAMES, INC., AND LANCE )
R. GREENBERG AND JAMES D. GALUSHA, )
in personam. )
)
    Defendants, )
_____/

### PROOF OF NOTICE OF ACTION PURSUANT TO
### LOCAL RULES UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA ADMIRALTY RULES

1.     On January 28, 2000, Plaintiff/Mortgagee, J.R.N.Holdings, Inc., filed a complaint to foreclose a First Preferred Ship's Mortgage and for damages.

2.     On February 07, 2000 this Court ordered the arrest of the vessel.

3.     On or about February 11, 2000, the United States Marshal arrested the vessel.



4.  Attached as Exhibit "A" is Proof of Publication on behalf of the publisher of the *BROWARD DAILY BUSINESS REVIEW*, together with a copy of the Proof of Publication, the reduction thereof.

Dated: Boca Raton, Florida
       March 06, 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served this 06th day of March, 2000, on the following person(s) by U.S. Mail:

Robert R. Edwards, Esq.
Reginald P. Morris, Jr., Esq.
BOSSHARDT & EDWARDS, P.A.
1600 S.E. 17th Street Causeway
Suite 405
Fort Lauderdale, Florida 33301

_____
Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
Attorney for Plaintiff/Mortgagee
J.R.N. HOLDING'S, INC.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022

# EXHIBIT "A"

COPY

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

   Before the undersigned authority personally appeared
C.J. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6133
NOTICE OF ACTION IN REM & ARREST OF VESSEL
LANCE GREENBERG, ETC  VS  THE M/Y PRIORITY

in the  U.S. DISTRICT     Court,
was published in said newspaper in the issues of

02/29/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

29 day of FEBRUARY        , A.D. 2000

(SEAL)

C.J. SAXON personally known to me



Juliana Howard
MY COMMISSION # CC660207 EXPIRES
August 24, 2001
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF ACTION IN REM AND ARREST OF VESSEL**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY
LANCE GREENBERG, and JAMES LANCE, INC., a Delaware Corporation,
Plaintiffs,
-vs-
THE M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem
Defendant.
J.R.N. HOLDINGS, INC.
Plaintiff,
-vs-
M/V PRIORITY, her engines, tackle, apparel, appurtenances, etc., having Official No. 906736, in rem; and LANCE/JAMES, INC., AND LANCE R. GREENBERG AND JAMES D. GALUSHA, in personam,
Defendants.
  In accordance with Supplemental Rule (C) (4) for Certain Admiralty and Maritime Actions of the Federal Rules of Civil Procedure, and Local Admiralty Rule (C) (4), notice is hereby given of the arrest of PRIORITY, in accordance with a Warrant of Arrest issued on February 07, 2000.
  Pursuant to Supplemental Rule (C) (6), and Local Admiralty Rule C (6), any person having a claim against the vessel and/or property shall file a claim with the Court, not later than ten (10) days after process has been effective, and shall file an answer within twenty (20) days from the date of filing their claim.
  DATED at Boca Raton, Florida, this 17th day of February, 2000.
  ADAM H. SMITH, ESQ.
  Florida Bar No. 964506
  ADAM H. SMITH, P.A.
  Attorney for Plaintiff/Mortgagee
  J.R.N. HOLDING'S, INC.
  855 South Federal Highway,
  Suite 212
  Boca Raton, Florida 33432-6133
  (Tel.) 561-395-3022.
2/29    00-4-022901/266648