

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

LANCE GREENBERG, and JAMES/ )
LANCE, INC., a Delaware Corporation, )
                                           )
    Plaintiffs, )
-vs- )
                                           )
THE M/Y PRIORITY, Official Number )
906736, her boats, engines, tackles, apparel, )
furniture and appurtenances, in rem )
                                           )
    Defendant. )
_____/

J. R. N. HOLDINGS, INC. )
                                           )
    Plaintiff, )
                                           )
-vs- )
                                           )
M/V PRIORITY, her engines, tackle, apparel, )
appurtenances, etc., having Official No. 906736, )
in rem: and LANCE/JAMES, INC., AND LANCE )
R. GREENBERG AND JAMES D. GALUSHA, )
in personam. )
                                           )
    Defendants, )
_____/

**NOTICE OF FILING**
**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

      J.R.N. Holdings, Inc., by and through undersigned counsel and pursuant to this Court's

February 14, 2000, Order, hereby notifies the Court and all parties to this action of its having

filed this day this Certificate of Interested Parties and Corporate Disclosure Statement and hereby

certifies, through undersigned counsel and upon information and belief, that the following is a

true and correct list of parties which do or may have an interest in the outcome of this action and of identifiable legal entities related to the parties:

Lance/James, Inc.
30 Old Rudnick Lane
Dover, DE 19901

Lance Ralph Greenberg
951 N. La Jolla
Los Angeles, CA 90046

James D. Galusha
(President, Lance/James, Inc.)
Los Angeles, Ca

J.R.N. Holdings, Inc.
548 Victoria Terrace
Fort Lauderdale, FL 33301

Jonathan Naylor
(Vice President, J.R.N. Holdings, Inc.)
548 Victoria Terrace
Fort Lauderdale, FL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served this 08th day of March, 2000, on the following person(s) by U.S. Mail:

Robert R. Edwards, Esq.
Reginald P. Morris, Jr., Esq.
BOSSHARDT & EDWARDS, P.A.
1600 S.E. 17th Street Causeway
Suite 405
Fort Lauderdale, Florida 33301

_____
Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
Attorney for Plaintiff/Mortgagee
J.R.N. HOLDING'S, INC.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022