UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, | ) ) ) ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S RESPONSES
TO COURT'S ORDER TO SHOW GOOD CAUSE**

PLAINTIFFS Lance/James, Inc. and Lance Greenberg, by and through their undersigned

1

counsel, hereby file this Response to Court's Order to Show Good Cause entered March 7, 2000 and say:

1. Paragraph 2 of the Court's Order to Show Cause is inapplicable to Lance/James, Inc. and Lance Greenberg and no response is required.

2. Lance/James, Inc. and Lance Greenberg respectfully suggest that the parties to this action are in compliance with Rule 16.1(B) S.D. Fla. L.R. and this Court's February 14, 2000 Order reflecting same because the due date for filing of the Joint Scheduling Report as determined under the Local Rules has not yet expired according to the calculations made by the parties.

3. Rule 16.1(B) S.D. Fla. L.R. requires the parties to meet in person or by telephone "...within twenty (20) days after the filing of an answer by the last answering defendant, or within sixty (60) days after the filing of a complaint (whichever shall first occur)...". The Rules further require that the parties jointly file a Joint Scheduling Report of Scheduling Meeting, within 10 days after the meeting. Rule 16.1(B)7 S.D. Fla. L.R.

4. Both of the complaints in this consolidated action were filed on January 28, 2000. Defendant/Counterplaintiff J.R.N. Holdings, Inc. filed an Answer and Counterclaim on February 17, 2000. Plaintiffs/Counterdefendants Lance R. Greenberg and James/Lance, Inc. filed an Answer on February 18, 2000, an Amended Complaint on February 23, 2000 and an Answer to the Counterclaim on March 8, 2000.

5. If the Court bases its calculations on the last of the parties' initial answers — February 18 as shown above — the Rule would require the Joint Scheduling Meeting to be held on or before March 9, 2000 and the Joint Scheduling Report would be required by March 19, 2000.

6. If the Court bases its calculations on Plaintiff's Answer to the Counterclaim being the answer of the last answering defendant, the calculation would be made from March 8, 2000, as shown

2

above. In that case, the Joint Scheduling Meeting would not be required until March 28, 2000 and the Joint Scheduling Report would not be due until April 7, 2000.

7. If the Court bases its calculations on Defendant's Answer to Plaintiffs' Amended Complaint being the answer of the last answering defendant, the date of the Joint Scheduling Report would not yet be capable of calculation as the answer to the Amended Complaint is not yet due.

8. If the Court bases its calculations on the date of the filing of the complaints in this consolidated matter — January 28, 2000 — the Joint Scheduling Meeting would not be required until March 28, 2000 and the Joint Scheduling Report would not be due until April 7, 2000.

9. Undersigned counsel respectfully suggests that the above methods of calculation are the only ones possible under Rules 16.1(B) and 16.1(B)7 S.D. Fla. L.R. and that the parties are in compliance. To the extent the Court may find otherwise, Counsel submits that its own calculations were made in good faith reliance on the reasoning outlined above, that it intended to calculate the appropriate dates following Defendant's Answer to Plaintiffs' Amended Complaint and that it is prepared to meet with opposing counsel and file the Joint Scheduling Report on any day the Court suggests is proper under the Rules.

WHEREFORE, Lance Greenberg and Lance/James, Inc. request this Court find good cause as to why no Joint Scheduling Report was filed on or before March 7, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail and by Facsimile copy (561-395-5922), this 10th day of March, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432.

                                        BOSSHARDT & EDWARDS, P.A.
                                        Attorneys for Lance R. Greenberg and
                                        Lance/James, Inc.
                                        1600 S.E. 17th St. Causeway, Suite 405
                                        Fort Lauderdale, FL 33316
                                        Tel:   (954) 764-7772
                                        Fax:   (954) 764-8176

By: _____
                                        Reginald P. Morris, Jr.
                                        Fla. Bar No. 0133299