ORIGINAL

LED BY _____ ___ __D.C.
TAKE

OO MAR 21  AM II: 43

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

| | |
|---|---|
| **LANCE GREENBERG, and JAMES/**<br>**LANCE, INC., a Delaware Corporation,** | ) |
| | ) |
| Plaintiffs, | ) |
| -vs- | ) |
| | ) |
| **THE M/Y PRIORITY, Official Number**<br>**906736, her boats, engines, tackles, apparel,**<br>**furniture and appurtenances, in rem** | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| **J. R. N. HOLDINGS, INC.** | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | ) |
| | ) |
| **M/V PRIORITY, her engines, tackle, apparel,**<br>**appurtenances, etc., having Official No. 906736,**<br>**in rem: and LANCE/JAMES, INC., AND LANCE**<br>**R. GREENBERG AND JAMES D. GALUSHA,**<br>**in personam.** | ) |
| | ) |
| Defendants, | ) |

**ANSWER TO AMENDED COMPLAINT,**
**AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Plaintiff/Mortgagee, J.R.N. Holdings, Inc., by and through its undersigned counsel,

hereby answers the Amended Complaint dated February 23, 2000, and states as follows:

1.    Without knowledge.

1

2.     Admitted that Lance/James, Inc., is a Delaware Corporation, otherwise without knowledge.

3.     Without knowledge.

4.     Admitted.

5.     Admitted.

6.     Counsel enters a limited appearance to challenge this Court's jurisdiction, as John Naylor has not been properly added as a defendant in the present action (Leave of court to amend has not been granted to date). Further, no service has been effected as required by U.S. District Court - Southern District Local Rule 5.2.

7.     Admitted for jurisdictional purposes only.

8.     Admitted.

9.     Denied. Legal title to the vessel Priority, Official Number 906736 is held by Lance/James, Inc.

10.     Denied. The alleged non-party partner is James D. Galusha and, Mr. Galusha is a named party to this consolidated action. However, to date, Plaintiff, J.R.N. Holdings has been unable to effect service on Mr. Galusha.

11.     Without knowledge.

12.     Denied,  the letter attached as Exhibit "C" was mailed via certified U.S. Mail to Lance/James, Inc. c/o James D. Galusha and  Lance R. Greenberg, 30 Old Rudnick Lane, Dover, Delaware 19901, and signed for on November 08, 1999.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Without knowledge

18.     Denied.

19.     Denied.

20.     Admitted.

21.     Counsel enters a limited appearance to challenge this Court's jurisdiction, as John

2

Naylor has not been properly added as a defendant in the present action (Leave of court to amend has not been granted to date). Further, no service has been effected as required by U.S. District Court - Southern District Local Rule 5.2.

22.    Denied.

23.    Denied.

24.    Without knowledge

25.    Without knowledge.

### Count I

26.    Answered as above.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

### Count II

31.    Answered as above.

32.    Denied.

33.    Denied.

### Count III

34.    Answered as above.

35.    Denied.

36.    Denied.

### Count IV

37.    Answered as above.

38.    Admitted.

39.    Denied.

40.    Denied.

### AFFIRMATIVE DEFENSES

3

1.      Plaintiff/Mortgagee, J.R.N. Holdings, Inc., lawfully repossessed, PRIORITY, pursuant to the laws of the State of Florida, and/or U.S.C. Title 46, and/or the terms of the First Preferred Ship's Mortgage, dated April 14, 1998 (see Plaintiff, J.R.N. Holdings, Inc.'s complaint exhibit "B"), and as a result of Defendants, LANCE R. GREENBERG, JAMES D. GALUSHA AND LANCE/JAMES, INC.'S, failure to perform under the terms of the First Preferred Ship's Mortgage, dated April 14, 1998.

2.      Plaintiff/Mortgagee, J.R.N. Holdings, Inc., lawfully repossessed, PRIORITY, pursuant to the laws of the State of Florida, and/or U.S.C. Title 46, and/or the terms of the Promissory Note, dated April 14, 1998 (see Plaintiff, J.R.N. Holdings, Inc.'s complaint exhibit "A"), and as a result of Defendants, LANCE R. GREENBERG, JAMES D. GALUSHA AND LANCE/JAMES, INC.'S, failure to perform under the terms of the Promissory Note, dated April 14, 1998.

### COUNTERCLAIM - BREACH OF CONTRACT

Plaintiff/Mortgagee, J.R.N. Holdings, Inc., counterclaims against Plaintiffs, Lance Greenberg and James/Lance, Inc., and hereby incorporates the Complaint filed as Case No. 00-6134-CIV-FERGUSON, consolidated into the present action by the Order of Judge Lenard, dated February 02, 2000.

**WHEREFORE**, Plaintiff/Mortgagee, **J.R.N. HOLDINGS, INC.,**  respectfully requests that this Court:

1.      DENY Plaintiffs, LANCE GREENBERG and JAMES/LANCE, INC.'S, request for an award of possession of PRIORITY.;

2.      DENY Plaintiffs, LANCE GREENBERG and LANCE/JAMES, INC.'S, requests for compensatory, consequential and incidental damages, reasonable attorney's fees, costs and pre-judgement interest with regard to Counts I - IV of the Amended Complaint.

2.      GRANT Plaintiff/Mortgagee, J.R.N.HOLDINGS, INC.'S, request for an award of the outstanding principal amount of $336,064.53 plus interest, court costs, reasonable attorney's fee, and any and all costs relating to the foreclosure and/or repossession and/or default of the Promissory Note and First Preferred Ship's Mortgage, all pursuant to the terms of the Promissory

4

Note and First Preferred Ship's Mortgage, as well as any deficiency judgment and any and all other relief that this Court deems just and appropriate under the circumstances.

Dated: March 14, 2000

I HEREBY CERTIFY that a copy of the foregoing document was served this 14th day of March, 2000, on the following person(s) by fax and U.S. Mail:

Robert R. Edwards, Esq.
Reginald P. Morris, Jr., Esq.
BOSSHARDT & EDWARDS, P.A.
1600 S.E. 17th Street Causeway
Suite 405
Fort Lauderdale, Florida 33301
Fax (954) 764-8176

_____
Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
Attorney for Plaintiff/Mortgagee
J.R.N. HOLDING'S, INC.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022
(Fax) 561-395-5922