UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, | ) ) ) ) ) |
| Defendant. | ) ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

### MOTION TO DEEM FIRST AMENDED COMPLAINT FILED

PLAINTIFFS James/Lance, Inc. and Lance R. Greenberg, by and through undersigned counsel, respectfully move this Court to enter an Order deeming Plaintiffs' First Amended Complaint filed and say:

1

## Memorandum of Law

1. Plaintiffs' Verified Complaint to Seize and Arrest Vessel and to Determine Right to Possession was filed on January 28, 2000 (Case Number 00-6133-CIV-LENARD). On the same day, but later in time, J.R.N. Holdings (the mortgagee as to the vessel) filed its foreclosure complaint (Case Number 00-6134-CIV-FERGUSON. The matter was consolidated as Case Number 00-6133-CIV-LENARD.

2. Prior to J.R.N. Holdings' filing of an answer (which answer was filed in lieu of a Claim of Owner or Motion to Intervene), Plaintiffs' counsel and counsel for J.R.N. Holdings had telephone discussions concerning Plaintiffs' intent to file an amended complaint. In those discussions, there was apparently a misunderstanding concerning the filing of Plaintiffs' First Amended Complaint and the filing of J.R.N. Holdings' answer to the original complaint. The misunderstanding occurred despite absolute good faith on the part of both attorneys.

3. Consequently, J.R.N. Holdings filed its answer and counterclaim on February 17, 2000.

4. Plaintiffs' filed their First Amended Complaint on February 23, 2000 without leave of Court, under the mistaken impression that they had received the required permission of J.R.N. Holdings to do so.

5. Although Plaintiffs filed their Amended Complaint subsequent to J.R.N.'s answer but without leave of the Court, the Eleventh Circuit has pointed out in dicta that "...some courts have held that an untimely amended pleading served without judicial permission may be considered as properly introduced when leave to amend would have been granted had it been sought and when it does not appear that any of the parties will be prejudiced by allowing the change. Permitting an

amendment without formal application to the court under these circumstances is in keeping with the overall liberal amendment policy of rule 15(c) and the general desirability of minimizing needless formalities". Hoover v. Blue Cross and Blue Shield of Alabama, 855 F.2d 1538, 1544 (11th Cir. 1988).

6. No discovery has been propounded in this matter and no Scheduling Order has been entered and therefore Plaintiffs respectfully suggest that no party would be prejudiced if this Court deemed Plaintiffs Amended Complaint filed. Moreover, given the considerable discretion the Court would have had to grant Plaintiffs' Motion for Leave to Amend if one had been filed and given the liberal construction the Court has historically given the requirement in Rule 15 that leave be "freely given", Plaintiffs respectfully submit that a motion for leave to amend would have been granted had it been sought. See e.g. Hargett, III v. Valley Federal Savings Bank, 60 F.3d 754, 761 (11th Cir. 1995) (citing to Foman v. Davis, 371 U.S. 178, 182; 83 S.Ct. 227, 230; 9 L.Ed.2d 222 (1962)).

WHEREFORE, Plaintiffs Lance Greenberg and James/Lance, Inc. respectfully request that this Court enter an order deeming Plaintiffs' Amended Complaint filed as of February 23, 2000.

## Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 27th day of March, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432.

>
> BOSSHARDT & EDWARDS, P.A.
> Attorneys for Lance R. Greenberg and
> James/Lance, Inc.
> 1600 S.E. 17th St. Causeway, Suite 405
> Fort Lauderdale, FL 33316
> Tel:   (954) 764-7772
> Fax:   (954) 764-8176
>
> By: _____
> Reginald P. Morris, Jr.
> Fla. Bar No. 0133299