UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

LANCE GREENBERG, and JAMES/
LANCE, INC., a Delaware Corporation,

    Plaintiffs,

vs.

The M/Y PRIORITY, Official Number
906736, her boats, engines, tackles,
apparel, furniture and appurtenances,
in rem,

    Defendant.
_____/

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official No. 906736, in rem;
LANCE/JAMES, INC.; and LANCE R.
GREENBERG and JAMES D.
GALUSHA, in personam,

    Defendants.
_____/



## ORDER GRANTING MOTION TO DEEM FIRST AMENDED COMPLAINT FILED

**THIS CAUSE** is before the Court on the Motion of Plaintiffs James/Lance, Inc. and

Lance R. Greenberg to Deem First Amended Complaint filed, filed March 29, 2000. (D.E. # 29.) Defendants have not filed a Response to the Motion. Such failure is sufficient cause for granting the Motion. See Southern District of Florida Local Rule 7.1(C). Having reviewed the Motion and the record in this case and having been otherwise advised in the premises, the Court finds that granting the Motion is consistent with the liberal amendment policy of Federal Rule of Civil Procedure 15(c), see Hoover v. Blue Cross & Blue Shield of Alabama, 855 F.2d 1538, 1544 (11th Cir. 1988), and will not result in prejudice to either party, as Defendants have already filed their Answer to the Amended Complaint and Affirmative Defenses. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Deem Amended Complaint Filed, filed March 29, 2000 (D.E. # 29) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida this 25 day of April, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff

Adam H. Smith, Esq.
855 South Federal Hwy., Suite 212
Boca Raton, Florida 33432

Robert R. Edwards, Esq.
Bosshardt & Edwards, P.A.
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, Florida 33301