# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO. 00-6133-CIV-LENARD/TURNOFF

**LANCE GREENBERG, JAMES/LANCE,
INC., a Delaware corporation,**

    Plaintiff(s),

vs.

**M/Y PRIORITY, Official Number 906736,
her boats engines, tackle, apparel, furniture
and appurtenances, in rem,**

    Defendant(s).



FILED by _____ D.C.

APR 2 6 2000

CLARENCE MADDOX,
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____/

**J.R.N. HOLDINGS, INC.,**

    Plaintiff,

vs.

**M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official Number 906736 in rem, LANCE/
JAMES, INC., and LANCE R. GREENBERG
and JAMES D. GALUSHA, in personam,**

    Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court sua sponte. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      On February 29, 2000, the Court issued an Order Referring Pretrial Discovery

Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint

Case No. 00-6133-CIV-LENARD/TURNOFF

Scheduling Report (D.E. #14).

    2.      To date, the parties have not submitted a Joint Scheduling Report.

    **4.      Failure to submit notice of good cause for noncompliance on or before May 10, 2000 will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

    **DONE AND ORDERED** in Chambers at Miami, Florida this 2⁶ day of April, 2000.


                                **JOAN A. LENARD**
                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff

Reginald P. Morris, Jr.
Bosshardt & Edwards
1600 SE 17th Street Causeway #405
Ft. Lauderdale, FL 33316

Adam H. Smith, Esq.
855 S. Federal Highway, Suite 212
Boca Raton, FL 33432