UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT SCHEDULING REPORT

COME NOW the parties herein, by and through their respective undersigned counsel and advise the Court that a Joint Scheduling Meeting was held on May 8, 2000, by telephone, and

1

pursuant to Rule 16.1(B) S.D. Fla. L.R. and this Court's February 14, 2000 Order, and the following was agreed upon by undersigned counsel for both parties:

1. The following is a detailed schedule of discovery, applicable to both parties:

    a. The witness lists shall be completed by July 1, 2000.

    b. All fact discovery shall be completed by October 1, 2000.

    c. All expert discovery shall be completed by September 1, 2000.

2. Counsel for the parties have discussed the likelihood of settlement and agree that settlement is possible, but unlikely.

3. Counsel for the parties have discussed the likelihood of appearance in the action of additional parties and agree that such an appearance is possible, but unlikely.

4. Counsel for the parties propose the following limits on time:

    a. Joinder of other parties and amendment to pleadings shall be completed by September 1, 2000.

    b. All pre-trial motions shall be filed and heard prior to November 30, 2000.

    c. All discovery shall be completed by October 1, 2000.

5. Counsel for the parties agree that the issues in this case are well formulated and sufficiently simplified.

6. Counsel for the parties agree that further amendment to the pleadings is not necessary at this time.

7. The parties discussed the admissions of all facts and documents, known at this time, which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on admissibility of evidence at this time and will continue to

discuss same throughout the discovery process.

8. In light of the discussions immediately above, the parties believe they have made all arrangements possible at this time which are necessary to avoid unnecessary proof and cumulative evidence and will continue to work together for that purpose.

9. The parties prefer that all applicable matters be heard before a United States District Judge.

10. The parties estimate 3-4 days for trial.

11. The parties hereby request the following dates:

   a. Pretrial Conference: December 7, 2000.

   b. Trial: February 9, 2001.

IN ADDITION, and pursuant to this Court's Order, undersigned counsel for both parties agreed upon the following specific dates, which dates are set forth herein pursuant to the Court's February 14, 2000 Order:

1. Date for joinder of parties and amendment of pleadings: September 1, 2000.

2. Date by which parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial: July 1, 2000.

3. Date by which all <u>fact</u> discovery must be completed: October 1, 2000.

4. Date by which Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1(K): August 18, 2000

5. Date by which all <u>expert</u> discovery must be completed: October 1, 2000.

6. Date by which all dispositive pretrial motions and memoranda of law must be filed, as well as any motions to exclude or limit proposed expert testimony: November 30, 2000.

7. Suggested date by which Mediation shall be completed: October 17, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via in-hand delivery this 9th day of May, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432 and upon Reginald P. Morris, Jr., Bosshardt & Edwards, P.A., Attorneys for Lance R. Greenberg, James/Lance, Inc., and M/V Priority, 1600 SE 17th St. Causeway, Suite 405, Fort Lauderdale, FL 33316.

BOSSHARDT & EDWARDS, P.A.
Attorneys for Lance R. Greenberg and
James/Lance, Inc., M/V Priority
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, FL 33316
Tel:   (964) 764-7772
Fax:   (954) 764-8176

By: _____
Reginald P. Morris, Jr.
Fla. Bar No. 0133299

ADAM H. SMITH, P.A.
Attorneys for J.R.N. Holdings, Inc.
855 S. Federal Hwy., Suite 212
Boca Raton, FL 33432
Tel:   (561) 395-3022
Fax:   (561) 395-5922

By: _____
Adam H. Smith, Esq.
Fla. Bar No. 964506