UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

**NIGHT BOX FILED**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, | ) ) ) ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### NOTIFICATION TO THE CLERK OF THE COURT OF NO AGREEMENT AS TO MEDIATOR

PLAINTIFFS Lance R. Greenberg and James Lance, Inc., by and through undersigned counsel hereby notify the Clerk of this Court, pursuant to this Court's May 19, 2000 Order, that there

1

is no agreement between the parties as to the choice of mediator and that these Plaintiffs respectfully request the Clerk of the Court to designate a mediator from the list of Certified Mediators pursuant to the Court's Order cited above.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 1st day of June, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432.

BOSSHARDT & EDWARDS, P.A.
Attorneys for Plaintiffs
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, FL 33316
Tel:  (954) 764-7772
Fax:  (954) 764-8176

By: _____
Reginald P. Morris, Jr.
Fla. Bar No. 0133299

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6133-CIV-LENARD/TURNOFF

LANCE GREENBERG, JAMES/LANCE,
INC., a Delaware corporation,

    Plaintiff(s),

vs.

M/Y PRIORITY, Official Number 906736,
her boats engines, tackle, apparel, furniture
and appurtenances, in rem,

    Defendant(s).
_____/

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official Number 906736 in rem,
LANCE/JAMES, INC., and LANCE R.
GREENBERG and JAMES D. GALUSHA,
in personam,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with __(No Agreement)__ _____ on __August 29__, 2000, at __1:00 P__.m., at __Fort Lauderdale__, Florida.

    Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether

Case No. 00-6133-CIV-LENARD/TURNOFF

the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Miami, Florida, this ___ day of _____, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Reginald P. Morris, Jr.
Bosshardt & Edwards
1600 SE 17th Street Causeway #405
Ft. Lauderdale, FL 33316

Adam H. Smith, Esq.
855 S. Federal Highway, Suite 212
Boca Raton, FL 33432