UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6133-CIV-LENARD/TURNOFF

LANCE GREENBERG, JAMES/LANCE,
INC., a Delaware corporation,

      Plaintiff(s),

vs.

M/Y PRIORITY, Official Number 906736,
her boats engines, tackle, apparel, furniture
and appurtenances, in rem,

      Defendant(s).
_____/

J.R.N. HOLDINGS, INC.,

      Plaintiff,

vs.

M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736 in rem, LANCE/JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam,

      Defendants.
_____/



FILED by _____ D.C.

JUN 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT PROPOSED ORDER SCHEDULING MEDIATION

**THIS CAUSE** is before the Court on the Plaintiff's Notification to the Clerk of the Court of No Agreement as to Mediator. After review of the file, being duly advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District Local Rule 16.2, it is hereby

**ORDERED** as follows:



Case No. 00-6133-CIV-LENARD/TURNOFF

1. The Court's May 19, 2000 Order of Referral to Mediation and Directing Parties to Submit Proposed Order Scheduling Mediation (D.E. #36) ordered all parties to participate in mediation, to be completed no later than **December 14, 2001**.

2. On June 1, 2000 the Plaintiff notified the Court parties were not able to agree on a Mediator (D.E. #37). THE CLERK OF COURT SHALL NOW APPOINT A MEDIATOR AND NOTIFY THE PARTIES.

3. A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall be established. **Counsel for the Plaintiff shall complete the form order attached and submit it to the Court within fifteen days of receipt of Clerk's Notification of Selection of Mediator.**

**FAILURE TO COMPLY** with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.

**DONE AND ORDERED** in Chambers at Miami, Florida this _5_ day of June, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Reginald P. Morris, Jr.
Bosshardt & Edwards
1600 SE 17th Street Causeway #405
Ft. Lauderdale, FL 33316

Adam H. Smith, Esq.
855 S. Federal Highway, Suite 212
Boca Raton, FL 33432