# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

June 5, 2000

FILED by _____ D.C.
DKTG
JUN - 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Reginald P. Morris, Jr.
BOSSHARDT & EDWARDS
1600 Southeast 17th Street Causeway
Suite 405
Ft. Lauderdale, Florida 33316

Re: **REQUEST FOR DESIGNATION OF A MEDIATOR PURSUANT TO LOCAL RULE 16.2.D. 1(b)**
**CASE NO.: 00-6133-CIV-LENARD**
**Lance Greenberg, et al v. The M/Y Priority, et al**

Dear Mr. Morris:

Pursuant to your request the Clerk has randomly selected Donald R. Niles as the mediator in the above-mentioned case. His address is One Financial Plaza, 18th Floor, Ft. Lauderdale, Florida 33394 and his telephone number is (954)764-1000. Please make a note of it.

If you have any questions regarding this matter, please contact me at your convenience.

Sincerely,

Catherine Reynolds
Executive Services Administrator

CR/av

c:  Honorable Joan A. Lenard, District Judge
    Donald R. Niles, Mediator
    Robert Rex Edwards, Esquire
    Adam H. Smith, Esquire
    Court File

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*