UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LANCE GREENBERG

    Plaintiff,

vs

MOTOR YACHT PRIORITY

    Defendant,

_____/

CASE NO: 006133

NOTICE OF MEDIATION

Reggie Morris, Esquire
Bosshardt & Edwards
1600 Southeast 17th Street Csw
Suite 405
Fort Lauderdale, FL 33316

Adam H. Smith, Esquire
855 South Federal Highway
Suite 212
Boca Raton, Fl 33432

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Don Niles, Esquire of Mediation, Inc., NationsBank Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on August 29, 2000 at 1:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **2.00 hours have been reserved**.

    "If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 12th day of June, 2000.

MEDIATION, INC.

By *James B. Chaplin*
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
            (800) 741-7000