UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6133-CIV-LENARD/TURNOFF

LANCE GREENBERG, JAMES/LANCE,
INC., a Delaware corporation,

    Plaintiff(s),

vs.

M/Y PRIORITY, Official Number 906736,
her boats engines, tackle, apparel, furniture
and appurtenances, in rem,

    Defendant(s).
_____/

J.R.N. HOLDINGS, INC.,

    Plaintiff,

vs.

M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official Number 906736 in rem,
LANCE/JAMES, INC., and LANCE R.
GREENBERG and JAMES D. GALUSHA,
in personam,

    Defendants.
_____/

FILED by ___ D.C.

JUN 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with __Donald R. Niles__ _____ on __August 29__, 2000, at __1:00__ p.m., at __Fort Lauderdale__ Florida.

    Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether

Case No. 00-6133-CIV-LENARD/TURNOFF

the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Miami, Florida, this 16 day of June, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Reginald P. Morris, Jr.
Bosshardt & Edwards
1600 SE 17th Street Causeway #405
Ft. Lauderdale, FL 33316

Adam H. Smith, Esq.
855 S. Federal Highway, Suite 212
Boca Raton, FL 33432