UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION FOR RELEASE OF A VESSEL
IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)**

In accordance with Supplemental Rule (E)(5)(c) and Local Admiralty Rule E(8)(b), plaintiffs in this consolidated case, Lance R. Greenberg and J.R.N. Holdings, Inc., on whose behalves the M/V



NON-COMPLIANCE OF S.D. fla. L.R. 7.1A4     1

Priority has been seized, request the Court to enter an Order directing the United States Marshal for the Southern District of Florida to release the vessel. This request is made for the following reason:

**THIS MATTER HAS BEEN VOLUNTARILY DISMISSED PURSUANT TO A STIPULATION OF DISMISSAL FILED PURSUANT TO RULE 41(a)(1)(ii) ON JUNE 20, 2000.**

Dated in the Southern District of Florida this 20th day of June, 2000.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that true and correct copies of the foregoing was served via in-hand delivery this 20th day of June, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432 and upon Reginald P. Morris, Jr., Bosshardt & Edwards, P.A., Attorneys for Lance R. Greenberg, James/Lance, Inc., and M/V Priority, 1600 SE 17th St. Causeway, Suite 405, Fort Lauderdale, FL 33316.

BOSSHARDT & EDWARDS, P.A.
Attorneys for Lance R. Greenberg and
James/Lance, Inc., M/V Priority
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, FL 33316
Tel:   (964) 764-7772
Fax:   (954) 764-8176

By: _____
Reginald P. Morris, Jr.
Fla. Bar No. 0133299

ADAM H. SMITH, P.A.
Attorneys for J.R.N. Holdings, Inc.
855 S. Federal Hwy., Suite 212
Boca Raton, FL 33432
Tel:   (561) 395-3022
Fax:   (561) 395-5922

By: _____
Adam H. Smith, Esq.
Fla. Bar No. 964506