UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/<br>LANCE, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>The M/Y PRIORITY, Official Number<br>906736, her boats, engines, tackles, apparel,<br>furniture and appurtenances, in rem,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| J.R.N. HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V PRIORITY, her engines, tackles,<br>apparel, appurtenances, etc., having<br>Official Number 906736, in rem;  LANCE/<br>JAMES, INC., and LANCE R. GREENBERG<br>and JAMES D. GALUSHA, in personam.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL

All parties to this consolidated action, by and through their respective undersigned counsel

and pursuant to Rule 41(a)(1)(ii) Fed.R.Civ.P., hereby notify the Court that this matter has been

1



amicably settled and hereby jointly stipulate to the dismissal of this action in its entirety, as to all claims and counterclaims and with prejudice.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that true and correct copies of the foregoing was served via in-hand delivery this 20th day of June, 2000, upon Adam H. Smith, Attorney for J.R.N. Holdings, Inc., 855 South Federal Highway, Suite 212, Boca Raton, Florida 33432 and upon Reginald P. Morris, Jr., Bosshardt & Edwards, P.A., Attorneys for Lance R. Greenberg, James/Lance, Inc., and M/V Priority, 1600 SE 17th St. Causeway, Suite 405, Fort Lauderdale, FL 33316.

| | |
|---|---|
| BOSSHARDT & EDWARDS, P.A. | ADAM H. SMITH, P.A. |
| Attorneys for Lance R. Greenberg and | Attorneys for J.R.N. Holdings, Inc. |
| James/Lance, Inc., M/V Priority | 855 S. Federal Hwy., Suite 212 |
| 1600 SE 17th St. Causeway, Suite 405 | Boca Raton, FL 33432 |
| Fort Lauderdale, FL 33316 | Tel: (561) 395-3022 |
| Tel: (964) 764-7772 | Fax: (561) 395-5922 |
| Fax: (954) 764-8176 | |
| By: _____ | By: _____ |
| Reginald P. Morris, Jr. | Adam H. Smith, Esq. |
| Fla. Bar No. 0133299 | Fla. Bar No. 964506 |