**U.S. Department of Justice**

United States Marshals Service

*Southern District of Florida*

---

*299 East Broward Boulevard*
*Fort Lauderdale, Florida 33301*

DATE:        June 20, 2000

TO:        Clerk, U.S. District Court

FROM:      U.S. Marshals Office
               Ft. Lauderdale, FL

Insofar as this Office is concerned, all costs in RE: __M/Y Priority__.

Have been paid for in the case of: Court No. __00-6133-Civ-Lenard__

__Lance Greenberg, et al__ VS __M/Y Priority__

Upon receipt of a proper Writ of Restitution and Stipulation and Settlement Agreement or an Order to Release in this case, the above named vessel will be Released by this office.

UNITED STATES MARSHAL

BY: *Connie Maki*