UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6133-CIV-LENARD/TURNOFF

IN ADMIRALTY

| | |
|---|---|
| LANCE GREENBERG, and JAMES/ LANCE, INC., a Delaware corporation, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| The M/Y PRIORITY, Official Number 906736, her boats, engines, tackles, apparel, furniture and appurtenances, in rem, | ) ) ) ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| J.R.N. HOLDINGS, INC., | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| M/V PRIORITY, her engines, tackles, apparel, appurtenances, etc., having Official Number 906736, in rem; LANCE/ JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam. | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. MIA

JUN 2 2 2000
Rec'd in MIA Dkt _____

### ORDER DIRECTING THE RELEASE OF A VESSEL
### IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)

In accordance with Supplemental Rule (E)(5) and Local Admiralty Rule E(8)(a), and pursuant

to the Request for Release filed on June 20, 2000, the United States Marshal is directed to release

1

the vessel currently being held in his custody in the above-styled action.

DONE AND ORDERED in Chambers, in the Southern District of Florida this 20 day of June, 2000.

                                                               _____
                                                               UNITED STATES DISTRICT COURT JUDGE

cc:      Counsel of Record